## Case Summary

| Case Number | Title | Filing Date | Category | Type |
|---|---|---|---|---|
| 30-2021-01179360-SC-SC-CJC | ETHAN I DANFER-KLABEN VS. JPMORGAN CHASE BANK, N.A. | 01/04/2021 | SMALL CLAIMS | SMALL CLAIMS |

## Participants
Results 1 - 3 of 3

| Name | Type | Start Date |
|---|---|---|
| ETHAN I DANFER-KLABEN | PLAINTIFF | 01/19/2021 |
| JPMORGAN CHASE BANK, N.A. | DEFENDANT | 01/19/2021 |
| JARO DANFER-KLABEN | PLAINTIFF | 01/19/2021 |

## Hearings
Results 1 - 1 of 1

| Date | Time | Description | Judge | Dept |
|---|---|---|---|---|
| 04/27/2021 | 08:30 | SMALL CLAIMS TRIAL | | VCC5 |

## Register of Actions
Results 1 - 4 of 4

| Docket Code | Filing Date | Filing Party |
|---|---|---|
| SMALL CLAIMS TRIAL SCHEDULED FOR 04/27/2021 AT 08:30:00 AM IN VCC5 AT CENTRAL JUSTICE CENTER. | 01/19/2021 | |
| PAYMENT RECEIVED BY ONELEGAL FOR 05 - SMALL CLAIMS >$5,000<=$10,000 IN THE AMOUNT OF 75.00, TRANSACTION NUMBER 12833390 AND RECEIPT NUMBER 12660749. | 01/19/2021 | |
| E-FILING TRANSACTION 1799439 RECEIVED ON 01/03/2021 09:01:28 AM. | 01/19/2021 | |
| PLAINTIFF'S CLAIM AND ORDER TO GO TO SMALL CLAIMS COURT FILED BY DANFER-KLABEN, ETHAN I; DANFER-KLABEN, JARO ON 01/04/2021 | 01/04/2021 | DANFER-KLABEN, ETHAN I; DANFER-KLABEN, JARO ON 01/04/2021 |