NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dhruv M. Sharma (SBN 279545)
Robert J. Im (SBN 299613)
McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 250
Irvine, CA 92612
Tel: (949) 381-5900    Fax: (949) 271-4040

ATTORNEY(S) FOR: JPMorgan Chase Bank, National Association

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ethan Danfer-Klaben; Jaro Danfer-Klaben

Plaintiff(s),

v.

JPMorgan Chase Bank, National Association

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _JPMorgan Chase Bank, National Association_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ethan Danfer-Klaben | Plaintiff |
| Jaro Danfer-Klaben | Plaintiff |
| JPMorgan Chase Bank, National Association | Defendant |

February 9, 2021
Date

/s/ Dhruv Sharma
Signature

Attorney of record for (or name of party appearing in pro per):

JPMorgan Chase Bank, National Association